UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>-against-<br><br>NUTRACEUTICAL CORPORATION,<br><br>  Defendant. | Case No: 20-cv-07586 (ER) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have reached a settlement in principle in this matter. The parties anticipate finalizing settlement documents and filing a stipulation of dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the Court within the next sixty (60) days. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated: New York, New York
       November 20, 2020

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

By: */s/ Erik D. Mass*
Erik D. Mass, Esq.
599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 492-2517
Email: Erik.Mass@ogletree.com

*Attorney for Defendant*
*Nutraceutical Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2020, I served via the CM/ECF system, a true and correct copy of the foregoing Notice of Settlement, which sent notification of such filing upon all parties registered to receive electronic notice.

*/s/ Erik D. Mass*
Erik D. Mass

45050743.1